UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIM HIGGINS,

        Plaintiff(s),

    v.

CBSJ FINANCIAL GROUP,

        Defendant(s).

_____/

No. C 09-5841 PJH

**ORDER TO SHOW CAUSE**

    Plaintiff in the above-entitled matter having failed to appear at the case management conference on March 25, 2010, and having failed to file a case management statement in compliance with the court's orders,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    The hearing on the order to show cause will be held on April 15, 2010 at 2:00 p.m.  If plaintiff fails to appear, the case will be dismissed for failure to prosecute.

    The court notes additionally that although a summons was issued as to defendant, no certificate of service has been filed and the deadline for doing so is April 14, 2010.

**IT IS SO ORDERED.**

Dated: March 25, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge